United States District Court
Southern District of Texas

**ENTERED**

May 26, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| AWAD OMAR MUSTAFA, | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | CIVIL ACTION NO. 4:26-cv-3976 |
| | § | |
| UNITED STATES DEPARTMENT OF STATE, | § | |
| ET AL., | § | |
| | § | |
| *Defendants.* | | |

## ORDER

On May 19, 2026, Plaintiff Awad Omar Mustafa filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3). The Court **ORDERS** Defendants to respond to this Emergency Motion by June 1, 2026. Defendants' response should clarify whether Plaintiff is subject to a final removal order; whether Defendants may process Plaintiff for third-country removal in the near future; and what due process protections are in place to ensure that Plaintiff is not removed to a country where he may be persecuted.

The Court also concludes that an order prohibiting Respondents from removing Petitioner from the Southern District of Texas while the Emergency Motion is pending is warranted. Respondents **SHALL NOT** (1) remove or deport Petitioner from the United States, or (2) transfer Petitioner to any facility outside the boundaries of the Southern District of Texas without first seeking and receiving leave from this Court. Such notice shall be filed in writing on the docket in this proceeding and shall state the reason why the government believes that such a movement is necessary and should not be stayed pending further court proceedings.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 26th day of May, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE