United States District Court
Southern District of Texas

**ENTERED**

June 04, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **AWAD OMAR MUSTAFA,** | § | |
| | § | |
| *Plaintiff,* | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-3976** |
| | § | |
| **UNITED STATES DEPARTMENT OF** | § | |
| **STATE, et al,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

Before the Court is Plaintiff Awad Omar Mustafa's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3) and Plaintiff's Renewed Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 12). The Court sets a hearing on these motions for June 8, 2026, at 10:30 a.m.

- All Parties may appear by telephone by calling in on the Court's dial-in number at +1 669-254-5252.
- Enter meeting ID: 160 7362 7986#
- No participant ID − press #
- Enter passcode: 3716#.

If Plaintiff would like to do so, he may bring a person of his choosing to assist with any translation that may be necessary.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 4th day of June, 2026.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE