United States District Court
Southern District of Texas
**ENTERED**
August 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **AWAD OMAR MUSTAFA,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:26-cv-3976** |
| | § | |
| **U.S. DEPARTMENT OF STATE, *et al.*,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**ORDER OF NON-COMPLIANCE AND RESETTING RULE 16 CONFERENCE**

By order dated May 20, 2026, this Court set the case for an initial scheduling conference on August 27, 2026. (ECF No. 7). In the Order, the Court also directed counsel to prepare and file a joint discovery case management plan pursuant to Fed. R. Civ. P. 26(f). (*Id.* at ¶ 4).

In anticipation of the upcoming initial scheduling conference, the Court has emailed the parties to request a joint discovery case management plan and proposed scheduling order. As of the date of this Order, the parties have failed to comply with the Court's request.

It is therefore **ORDERED** that the initial scheduling conference previously set for August 27, 2026, is hereby **RESCHEDULED** for

**September 22, 2026**
at 11:30 a.m.
by Zoom.

The parties are **ORDERED** to provide a joint case management plan and proposed scheduling order prior to the initial scheduling conference. Failure to comply may result in sanctions or dismissal of this action.

**SIGNED** in Houston, Texas on August 26, 2026.

Richard W. Bennett
United States Magistrate Judge